UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20350-CIV-HUCK/SIMONTON

UNITED STATES OF AMERICA,

                     Plaintiff,

vs.

JRG MEDICAL EQUIPMENT, INC.,

                     Defendant.

**CLOSED CIVIL CASE**

_____/

### ORDER REGARDING MOTION FOR FINAL DEFAULT JUDGMENT

Upon Consideration of the United States' Motion for Final Default Judgment against Defendant JRG MEDICAL EQUIPMENT, INC., it is hereby:

**ORDERED** that the Motion of the United States for Final Default Judgment against Defendant JRG MEDICAL EQUIPMENT, INC. is granted as follows:

(1) Plaintiff, the United States, is awarded damages in the amount of $1,603,411.86; and

(2) Wachovia Bank is directed to transfer the balance of funds up to the amount of the judgment of $1,603,411.86 in any account in the name of JRG MEDICAL EQUIPMENT, INC. to the United States. *The Clerk shall close this case.*

**DONE AND ORDERED** at Miami, Florida, this 21st day of June, 2007.

                                                     _____
                                                     HON. PAUL C. HUCK
                                                     United States District Court Judge

cc:    Mark A. Wachlin
        Special Assistant U.S. Attorney
        U.S. Department of Health and Human Services

Office of Counsel of the Inspector General
Cohen Bldg., Room 5527
330 Independence Ave., SW
Washington, D.C. 20201
Tel: (202) 205-6424
Fax: (202) 205-0604
Special Bar No. A5501070
mark.wachlin@oig.hhs.gov